UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEON T. LEE (#375231)

VERSUS

LYNN COOPER, ET AL

CIVIL ACTION

NO. 10-734-BAJ-CN

## RULING

The Court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 20, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus (doc. 4) filed by Deon T. Lee shall be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

Baton Rouge, Louisiana, February 8, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA